UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:24-cv-61138-AHS

GARFIELD SPENCE,

    Plaintiff,

vs.

BOULEVARD CENTER LLC.

    Defendant(s).
_____/

## NOTICE OF SETTLEMENT IN PRINCIPLE

Plaintiff, through the undersigned attorney, hereby gives notice to this Honorable Court that all parties have reached an amicable resolution of this dispute. Thus, Plaintiff respectfully requests for all deadlines in this case to be tolled while the parties finalize their agreement and move to dismiss this matter within thirty (30) days of the filing of this Notice of Settlement.

Dated this 6th day of August 2024.

Respectfully Submitted,

                                                      */s/ Alberto R. Leal*.
                                                      Alberto R. Leal, Esq., P.A.
                                                      Florida Bar No.: 1002345
                                                      E-Mail: albertolealesq@gmail.com
                                                      8927 Hypoluxo Rd. #157
                                                      Lake Worth, FL 33467
                                                      Phone: 954-637-1868
                                                      Attorney for Plaintiff