UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-61138-CIV-SINGHAL

GARFIELD SPENCE,

    Plaintiff,

v.

BOULEVARD CENTER LLC,

    Defendant.
_____/

### ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** came before the Court on the Notice of Dismissal with Prejudice filed by Plaintiff (DE [9]). The Court having reviewed the Notice of Dismissal and the docket, it is hereby

**ORDERED AND ADJUDGED** that this matter is **DISMISSED WITH PREJUDICE.** Each party shall bear its own attorney's fees and costs, unless otherwise agreed. The Clerk is directed to **CLOSE** this case and any pending motions are **DENIED as moot**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this 9th day of August 2024.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies to counsel of record via CM/ECF